IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIO A. HERNANDEZ,<br><br>    Plaintiff,<br><br>v.<br><br>STANDARD GUARANTY INSURANCE COMPANY,<br><br>    Defendant. | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 7:16-cv-00163<br>§   JURY<br>§<br>§<br>§<br>§ |

## STIPULATION OF DISMISSAL

Please take notice that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Mario A. Hernandez and Defendant Standard Guaranty Insurance Company hereby dismiss with prejudice all claims and counterclaims asserted in this lawsuit. Each party shall bear its own fees and costs.

Respectfully submitted,

EDISON, MCDOWELL & HETHERINGTON LLP

By:   /s/ Bradley J. Aiken
     Bradley J. Aiken
     State Bar No. 24059361
     Federal Bar No. 975212
     Brad.Aiken@emhllp.com
     First City Tower
     1001 Fannin Street
     Suite 2700
     Houston, Texas 77002
     Telephone: (713) 337-5580
     Facsimile: (713) 337-8850

*ATTORNEY-IN-CHARGE FOR DEFENDANT*

SCOTT LAW OFFICES

By /s/ *Danny Ray Scott*
Texas Bar no. 24010920
350 Pine Street, Suite 1419
Beaumont, Texas 77701
sean@scottlawyers.com
Telephone: (409) 833-5400
Facsimile: (409) 833-5405

ATTORNEY-IN-CHARGE FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served September 27, 2016, on the following counsel of record by certified mail:

Danny Ray Scott
SCOTT LAW OFFICES
350 Pine Street, Suite 1419
Beaumont, Texas 77701
sean@scottlawyers.com
Telephone: (409) 833-5400
Facsimile: (409) 833-5405