United States District Court
Southern District of Texas
**ENTERED**
September 27, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| MARIO HERNANDEZ, § | |
| § | |
| Plaintiff, § | |
| VS. § | CIVIL ACTION NO. 7:16-CV-163 |
| § | |
| STANDARD GUARANTY INSURANCE § | |
| COMPANY, § | |
| § | |
| Defendant. § | |

## **ORDER**

Having considered the Stipulation of Dismissal filed by Plaintiff Mario A. Hernandez and Defendant Standard Guaranty Insurance Company, the Court is of the opinion that the Motion should be GRANTED.

It is therefore ORDERED that all claims and causes of action that Plaintiff has asserted and/or could have asserted against Defendant Standard Guaranty Insurance Company in this lawsuit are DISMISSED WITH PREJUDICE, with each party to bear its own costs.

SO ORDERED this 27th day of September, 2016, at McAllen, Texas.

_____
Randy Crane
United States District Judge